# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Priscilla Miguel**<br>DOB: 1979; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-00413MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 5, 2018, at or near Gu Vo, in the District of Arizona, **Priscilla Miguel**, knowing or in reckless disregard that certain aliens, namely Joel Matias-Alvarez and Jose Olverio Gonzalez-Matias, had come to, entered, and remained in the United States in violation of law, did transport, said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about June 5, 2018, at or near Gu Vo, in the District of Arizona, **Priscilla Miguel,** did unlawfully aid and abet certain illegal aliens, namely Joel Matias-Alvarez and Jose Olverio Gonzalez-Matias, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 5, 2018, at or near Gu Vo, in the District of Arizona, United States Border Patrol Agents (BPA) responded to a call from a concerned citizen who reported seeing a black 2014 Chrysler 200 parked at the recreation center. The area is sparsely populated and the citizen had not seen the vehicle before. Another vehicle pulled up next to it and several passengers exited the second vehicle and entered the Chrysler. BPA stopped the Chrysler and identified the driver as **Priscilla Miguel.** BPA identified two passengers in the backseat as Joel Matias-Alvarez and Jose Olverio Gonzalez-Matias, and determined they were in the United States illegally.

The material witnesses, Joel Matias-Alvarez and Jose Olverio Gonzalez-Matias, said they made arrangements to be smuggled in to the United States in exchange for money. They said they were guided to where they were picked up. The material witnesses did not identify **Miguel** in a photo lineup.

In a post-*Miranda* statement, **Miguel** said that the two illegal aliens approached her. Using hand gestures, they asked for a ride. She agreed to drive them to Phoenix for $1,000.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Joel Matias-Alvarez and Jose Olverio Gonzalez-Matias

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA HNS

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE & NAME:
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE
*Leslie A. Bowman*

DATE
June 6, 2018

1) See Federal rules of Criminal Procedure Rules 3 and 54