# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Priscilla Miguel**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 18-00413MJ-001-TUC-BGM**

Mary Margaret Kincaid (FPD)
Attorney for Defendant

USM#: 95631-408

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/13/2018 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325 and Title 18, U.S.C. §2, Aid and Abet Certain Illegal Aliens to Elude and Evade Examination and Inspection by Immigration Officers of the United States of America, a Petty offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **NINETY (90) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

//

//

18-00413MJ-001-TUC-BGM                                                                 Page 2 of 2
USA vs. Priscilla Miguel

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, June 13, 2018**

    Dated this 13th day of June, 2018.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                              By:      Deputy Marshal

18-00413MJ-001-TUC-BGM - Miguel     6/13/2018 - 2:03 PM